BEFORE THE THIRD DIVISION, OCTOBER 1, 1962

**No. 67093.**—Sidney Freidin et al. *v.* United States, protests 269378–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in United States v. The Best Foods, Inc. (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.